```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX024955
Cashier ID: sg
Transaction Date: 01/12/2010
Payer Name: JOHN MONROE
------------------------------------
CIVIL FILING FEE
 For: JOHN MONROE
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

10CV00058
       59

A fee of $45.00 will be assessed on
any returned check.
```