IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00059-WDM-MEH

GRAY PETERSON,

Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver, and

PETER WEIR, in his official capacity as Executive Director of the Colorado Department of Public Safety,

Defendants.

## DEFENDANT WEIR'S REPLY TO MOTION TO DISMISS

Defendant Peter Weir, Executive Director of the Colorado Department of Public Safety, submits the following reply in support of his motion to dismiss.

1. The text of the Eleventh Amendment of the United States Constitution provides:

> The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or subjects of any Foreign State.

U.S. Const. amendment XI.

2. Plaintiff's response fails to provide any viable argument against Defendant Weir's assertion of Eleventh Amendment immunity, the primary premise of Defendant Weir's motion to dismiss. Plaintiff's response makes no mention of the Eleventh Amendment exception of Ex Parte Young.

3. Conversely, Plaintiff's response repetitively argues the sufficiency of allegations in his Amended Complaint to sustain a valid claim against Defendant Weir. However, Plaintiff fails to allege any action, inaction, or interaction by Defendant Weir, the Colorado Department of Public Safety, or the State of Colorado. Rather, of forty-seven (47) alleged facts in the Amended Complaint, only one (1) mentions Defendant Weir. That one (1) fact states that Defendant Weir is "primarily responsible for administering the recognition and reciprocity of CHL's **issued by other states**." [emphasis added]

4. The Colorado statute Plaintiff cites as "administered" by Defendant Weir, C.R.S. 18-12-213, provides:

> Reciprocity. (1) A permit to carry a concealed handgun or a concealed weapon that is issued by a state that recognizes the validity of permits issued pursuant to this part 2 shall be valid in this state in all respects as a permit issued pursuant to this part 2 if the permit is issued to a person who is:
> (a) Twenty-one years of age or older; and
> (b) (I) A resident of the state that issued the permit …; or
> (c) A resident of Colorado for no more than ninety days …

5. Plaintiff fails to allege any facts sufficient to show that Defendant Weir has enforcement power or discretionary authority to "refuse to recognize Plaintiff's permits" from Washington or Florida.

6. Contrary to Plaintiff's argument, the Colorado Attorney General has a right to written notice that the constitutionality of a state statute is being challenged. The Colorado Attorney General has a right to be heard and is not required to formally intervene or be named as a party to each and every lawsuit. Rather, the role of the Colorado Attorney General is more akin to that of a friend of the court, able to brief and argue solely the issue of constitutionality.

WHEREFORE, Defendant Weir moves for his dismissal from this lawsuit on grounds of Eleventh Amendment immunity, as set forth above and in the Motion to Dismiss.

RESPECTFULLY SUBMITTED, this 26th day of March 2010.

JOHN W. SUTHERS  
Attorney General

s/ Diane Marie Dash  
DIANE MARIE DASH*  
Senior Assistant Attorney General  
Public Safety Unit  
Criminal Justice Section

Attorneys for Colorado Department of Public Safety

1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  303-866-5439
FAX:  866-858-7486
E-Mail:  diane.dash@state.co.us
*Counsel of Record

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 26, 2010,  I electronically filed the foregoing, DEFENDANT WEIR'S REPLY TO MOTION TO DISMISS, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

john.monroe1@earthlink.net

linda.davison@denvergov.org


s/Diane Marie Dash
DIANE MARIE DASH, #15566
1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  303-866-5439
FAX:  866-858-7486
E-Mail:  diane.dash@state.co.us