IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

| | |
|---|---|
| Civil Action No. 10-cv-00059-WDM-MEH | Date: March 30, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

---

| | |
|---|---|
| GRAY PETERSON, | John R. Monroe (by phone) |
| Plaintiff, | |
| v. | |
| ALVIN LACABE, in his official capacity, and | Linda Marie Davison |
| PETER WEIR, in his official capacity, | Diane Marie Dash |
| Defendants. | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC SCHEDULING CONFERENCE**

**Court in session:** 9:34 a.m.

Court calls case. Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Discussion regarding the nature of the case, whether discovery is necessary in this case, Defendant LaCabe's initial disclosures, and Defendant Weir's pending Motion to Dismiss.

**Defendant LaCabe's Rule 26(a)(1) Disclosures, if any:    March 31, 2010**

**Final Pretrial Conference:** **November 30, 2010, at 9:15 a.m.** In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before five (5) days prior to the conference.**

No Settlement Conference set at this time.

**Court in recess:    9:48 a.m. (Hearing concluded)**
**Total time in Court:** 0:14