# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION FILE NO. 10-CV-59-WDM-MEH

GRAY PETERSON,
    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver,
and
PETER WEIR, in his official capacity as Executive Director of the Colorado Department of Public Safety,

    Defendants.

## DECLARATION OF GRAY PETERSON

Gray Peterson states the following under penalty of perjury:

1. I am at least 18 years old and am otherwise competent to make this declaration.

2. I am a resident of the State of Washington and a citizen of the United States.

3. I am a frequent visitor to Colorado and to Denver in particular.

4. I exercise my right to carry a handgun for the purpose of self-defense wherever possible, and I desire to do so when I visit Denver.

5. My primary method of carrying a handgun is openly, however I would comply with the requirement under Denver's laws prohibiting any form of carry besides concealed with a CHL.

6. I have no dwelling or place of business in Colorado.

7. I have a CHL from both Washington and Florida.

8. Except for my lack of Colorado residency, I meet the statutory criteria for obtaining a CHL.

I declare under penalty of perjury that the foregoing is true.

Dated the 27th day of May, 2010

*[signature]*

Gray Peterson

Exhibit 1 Page 2 of 2