**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION FILE NO.  10-CV-59-WDM-MEH

GRAY PETERSON,
    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver,
and
PETER WEIR, in his official capacity as Executive Director of the Colorado Department of Public Safety,

    Defendants.

---

**SECOND DECLARATION OF GRAY PETERSON**

---

Gray Peterson states the following under penalty of perjury:

1. I am at least 18 years old and am otherwise competent to make this declaration.

2. I do not own property within Denver or the State of Colorado.

3. I stay with friends when I visit Denver, so I control no property there.

4. I generally take public transit in Denver, so I am not in a private automobile (nor could I lawfully get to and from such private automobile with a firearm).

I declare under penalty of perjury that the foregoing is true.

Dated the 14th day of July, 2010

*[signature]*

Gray Peterson