## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION FILE NO.  10-CV-59-WDM-MEH

GRAY PETERSON,
      Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and
County of Denver,
and
PETER WEIR, in his official capacity as Executive Director of the Colorado
Department of Public Safety,

      Defendants.

---

## PLAINTIFF'S UNOPPOSED MOTION TO VACATE PRETRIAL CONFERENCE

---

Currently scheduled before the Court is a Final Pretrial Conference to be held

on November 30, 2010.  As indicated in the Court's Scheduling Order [Doc. 13, p. 6],

the Parties expect the case to be decided on dispositive motions.  Each Party has, in

fact, filed a dispositive motion.  Docs. 6, 17, and 19, respectively.  Moreover, the

Parties have been able to stipulate to the salient facts of the case.  Doc. 13, p. 3.  The

Parties have not disputed any facts in response to their opponents' dispositive

motions.  It is unclear, therefore, what facts would be tried if there were a trial. Finally, Plaintiff and his counsel both are located out of state.

For the foregoing reasons, Plaintiff requests that the pretrial conference scheduled for November 30, 2010 be vacated, pending resolution of the outstanding dispositive motions.  Plaintiff's counsel has consulted with both defense counsels and has determined that neither Defendant opposes this Motion to Vacate.

<div style="margin-left: 50%;">

_____/s/ John R. Monroe_____
John R. Monroe
Attorney for Plaintiff
9640 Coleman Road
Roswell, GA  30075
678 362 7650
John.monroe1@earthlink.net

</div>

## **CERTIFICATE OF SERVICE**

I certify that on October 7, 2010, I filed the foregoing using the ECF system, which automatically will send copies electronically to:

Linda M. Davison
Attorney for Defendant LaCabe
Assistant City Attorney
Denver Dept. of Human Services
1200 Federal Blvd., 4th Floor
Denver, CO  80204
720-944-2626
Linda.davison@denvergov.org

Diane Marie Dash
Attorney for Defendant Weir
Senior Assistant Attorney General
Criminal Justice Section
303-866-5439
Diane.dash@state.co.us

_____ /s/ John R. Monroe
John R. Monroe