IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00059-WDM-MEH

GRAY PETERSON,

    Plaintiff,

v.

ALVIN LACABE, individually and in his official capacity as Manager of Safety for the City and County of Denver, and
PETER WEIR, in his official capacity as Executive Director of the Colorado Department of Public Safety,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2010.**

    Plaintiff's Unopposed Motion to Vacate Pretrial Conference [filed October 7, 2010; docket #23] is **granted**. The Final Pretrial Conference set for November 30, 2010, is hereby **vacated**. The parties shall submit a status report within *five business days* of an order on the pending motions for summary judgment indicating what changes in the scheduling order are needed.