IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10cv-00059-WDM-MEH

GRAY PETERSON,

    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver, and PETER WEIR, in his official capacity as Executive Director of the Colorado Department of Public Safety,

    Defendants,

and concerning

JOHN W. SUTHERS, in his official capacity as Attorney General for the State of Colorado,

    Defendant-Intervenor.

## ENTRY OF APPEARANCE

Matthew D. Grove hereby enters his appearance on behalf of John W. Suthers, in his official capacity as Attorney General for the State of Colorado.

Respectfully submitted this 17th day of November, 2010.

        JOHN W. SUTHERS
        Attorney General


        *s/ Matthew D. Grove*
        MATTHEW D. GROVE*
        Assistant Attorney General
        Public Officials Unit
        State Services Section
        Attorneys for Attorney General Suthers

1525 Sherman Street  
Denver, Colorado  80203  
Telephone:  (303) 866-5264  
FAX:  (303) 866-5671  
E-Mail:  matthew.grove@state.co.us  
*Counsel of Record

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 17, 2010, I filed a true and complete copy of the within **ENTRY OF APPEARANCE** with the Clerk of Court using ECF file-and-serve, which will automatically send email notification of such filing to all attorneys of record.

<em><u>/s Thomas R. Bovee</u></em><br>
Thomas R. Bovee