IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10cv-00059-WDM-MEH

GRAY PETERSON,

    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver, and PETER WEIR, in his official capacity as Executive Director of the Colorado Department of Public Safety,

    Defendants,

and concerning

JOHN W. SUTHERS, in his official capacity as Attorney General for the State of Colorado,

    Defendant-Intervenor.

**ATTORNEY GENERAL'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant-Intervenor John W. Suthers, in his official capacity as Attorney General for the State of Colorado, through undersigned counsel, hereby requests moves for an extension of time to file his response brief to Plaintiff's motion for summary judgment against Defendant LaCabe. As reasons therefor, Attorney General Suthers states as follows:

*Duty to Confer*

Undersigned counsel has conferred with the attorneys for Plaintiff Peterson and Defendant LaCabe concerning this request. Neither party objects to the relief requested herein.

1

*Motion for Extension of Time*

1. Attorney General Suthers was added to the above-captioned case as a party by the Court's *Order on Motion to Dismiss and Cross Motions for Summary Judgment,* issued on October 20, 2010 (ECF No. 26).

2. The Court's October 20, 2010 Order provides, in pertinent part, that "[t]he Attorney General may file a response to Plaintiff's Motion for Summary Judgment against Defendant LaCabe (ECF No. 17) within 30 days of this order."

3. Undersigned counsel was assigned this case on or about October 26, 2010.

4. Undersigned counsel also represents the Colorado Secretary of State, and was heavily involved in election-related litigation and advisory matters until last week.

5. The remaining claims involve novel and complex issues under Article IV and the Second Amendment of the United States Constitution. In order to thoroughly research and effectively brief these issues, Attorney General Suthers respectfully requests an extension of time to **December 10, 2010**, to file his response to the Plaintiff's motion for summary judgment. Attorney General Suthers will not object to a similar extension of time for Plaintiff to file his reply brief.

Respectfully submitted this 17th day of November, 2010.

JOHN W. SUTHERS
Attorney General

*s/ Matthew D. Grove*
MATTHEW D. GROVE*
Assistant Attorney General
Public Officials Unit
State Services Section
Attorneys for Attorney General Suthers
1525 Sherman Street
Denver, Colorado  80203
Telephone:  (303) 866-5264
FAX:  (303) 866-5671
E-Mail:  matthew.grove@state.co.us
*Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2010, I filed a true and complete copy of the within **ATTORNEY GENERAL'S MOTION FOR LEAVE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using ECF file-and-serve, which will automatically send email notification of such filing to all attorneys of record.

*/s Thomas R. Bovee*
Thomas R. Bovee

3