IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10cv-00059-WDM-MEH

GRAY PETERSON,

      Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County
of Denver, and PETER WEIR, in his official capacity as Executive Director of the
Colorado Department of Public Safety,

      Defendants,

and concerning

JOHN W. SUTHERS, in his official capacity as Attorney General for the State of
Colorado,

      Defendant-Intervenor.

## ATTORNEY GENERAL'S UNOPPOSED MOTION FOR LEAVE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant-Intervenor John W. Suthers, in his official capacity as Attorney

General for the State of Colorado, through undersigned counsel, hereby requests leave

to file a cross-motion for summary judgment in the above-captioned matter. As

reasons therefor, Attorney General Suthers states as follows:

### *Duty to Confer*

Undersigned counsel has conferred with the attorneys for Plaintiff Peterson

and Defendant LaCabe concerning this request. Neither party objects to the relief

requested herein.

*Motion for Leave to File Cross-Motion for Summary Judgment*

1.      Attorney General Suthers was added to the above-captioned case as a party by the Court's *Order on Motion to Dismiss and Cross Motions for Summary Judgment,* issued on October 20, 2010 (ECF No. 26).

2.      The Court's October 20, 2010 Order provides, in pertinent part, that "[t]he Attorney General may file a response to Plaintiff's Motion for Summary Judgment against Defendant LaCabe (ECF No. 17) within 30 days of this order."

3.      The scheduling order (ECF No. 13), issued on April 1, 2010, set a discovery deadline of August 31, 2010 and a dispositive motion deadline of September 30, 2010.

4.      Attorney General Suthers was not added as a party to this case until after these deadlines had passed.

5.      Although Attorney General Suthers does not seek to reopen discovery, he does wish to file a cross-motion for summary judgment on all claims based on the discovery already produced, along with a small amount of additional evidence in the form of affidavits and certified copies of legislative history.

6.      In addition, Plaintiff's pending motion against Defendant LaCabe did not seek summary judgment on Count 3, which alleged a violation of the Equal Protection Clause.

7.      Because the facts appear to be undisputed in this case, a trial is likely unnecessary. However, because no party has moved for summary judgment on Count 3, it will remain unbriefed and presumably will not be ruled upon unless the relief requested herein is granted.

8.      Undersigned counsel is filing, contemporaneously herewith, an

unopposed motion for extension of time to file Attorney General Suthers' response to

the Plaintiff's motion for summary judgment.  Attorney General Suthers respectfully

requests that, if leave is granted to file a cross-motion for summary judgment, the

deadline for that motion be set to coincide with the extension, to December 10, 2010.

WHEREFORE, Attorney General Suthers respectfully requests leave to file a

cross-motion for summary judgment on all claims.

Respectfully submitted this 17th day of November, 2010.


JOHN W. SUTHERS
Attorney General


*s/ Matthew D. Grove*
MATTHEW D. GROVE*
Assistant Attorney General
Public Officials Unit
State Services Section
Attorneys for Attorney General Suthers
1525 Sherman Street
Denver, Colorado  80203
Telephone:  (303) 866-5264
FAX:  (303) 866-5671
E-Mail:  matthew.grove@state.co.us
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2010, I filed a true and complete copy of the within **ATTORNEY GENERAL'S MOTION FOR LEAVE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using ECF file-and-serve, which will automatically send email notification of such filing to all attorneys of record.

*/s Thomas R. Bovee*
Thomas R. Bovee