IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00059-WDM-MEH

GRAY PETERSON,

    Plaintiff,

v.

ALVIN LACABE, individually and in his official capacity as Manager of Safety for the City and County of Denver,

    Defendant;

JOHN W. SUTHERS, Attorney General for the State of Colorado,

    Intervenor.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2010.**

    The Attorney General's Unopposed Motion for Extension of Time to File Response Brief to Plaintiff's Motion for Summary Judgment [filed November 17, 2010; docket #28] is **granted**. The Attorney General shall respond to Plaintiff's Motion for Summary Judgment on or before **December 10, 2010**. Plaintiff may reply within *fourteen days* of the Attorney General's response.