IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10cv-00059-WDM-MEH

GRAY PETERSON,

    Plaintiff,

v.

ALVIN LACABE, individually and in his official capacity as Manager of Safety for the City and County of Denver,

    Defendant,

JOHN W. SUTHERS, Attorney General for the State of Colorado,

    Intervenor.

## ATTORNEY GENERAL'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), Intervenor John W. Suthers, in his official capacity as Attorney General for the State of Colorado, hereby moves for summary judgment in this matter, and opposes Plaintiff's motion for summary judgment. The grounds and the reasons supporting this motion are set forth more fully in the accompanying Memorandum of Law.

The Court should uphold the constitutionality of § 18-12-203, C.R.S. (2010) and grant summary judgment in favor of the Intervenor because the statute does not, either facially or as-applied, violate the Plaintiff's right to travel as guaranteed by the Privileges and Immunities clause, his right to equal protection, or the right protected by the Second Amendment. Colorado's adoption and enforcement of a reasonable regulatory scheme designed to ensure the ongoing qualifications of its concealed carry permit holders is a

wholly legitimate exercise of the state's police power.  The State's decision to limit the availability of concealed carry permits to Colorado residents is directly related to its goal of ensuring public safety.  Accordingly, Colorado's statutory scheme does not violate the Plaintiff's right to travel or his right to equal protection of the law.

Nor do the combined effects of Colorado's statutory scheme and Denver's open carry ban violate the Second Amendment.  The Supreme Court has declared that the Second Amendment right is personal and is incorporated into the Fourteenth Amendment.  Nonetheless, the Court has also held that "[l]ike most rights, the right secured by the Second Amendment is not unlimited.  [T]he right [i]s not a right to keep and carry any weapon whatsoever in any manner whatsoever and for whatever purpose." *Heller v. District of Columbia,* 128 S.Ct 2783, 2816 (2008).  As delineated by the Court, the Second Amendment affords properly qualified individuals only the right to keep firearms in their homes for the purpose of self-defense.  The confluence of Denver ordinance and Colorado statute allows Peterson to do that and more.  Section 18-12-203 is thus constitutional; to the extent that Plaintiff challenges it, Denver's open carry ban is likewise consistent with the Second Amendment.

Respectfully submitted this 9th day of December 2010.

        JOHN W. SUTHERS  
        Attorney General

        *s/Matthew D. Grove*  
        MATTHEW D. GROVE, 34269*  
        Assistant Attorney General  
        Public Officials/PUC Unit  
        State Services Section  
        Attorneys for Intervenor

                                                1525 Sherman Street, 7th Floor
                                                Denver, Colorado  80203
                                                Telephone:  303-866-5264
                                                FAX:  303 866-5671
                                                E-Mail:  matthew.grove@state.co.us
                                                *Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2010, I filed a true and complete copy of the within **CROSS-MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF Filer, which will automatically send email notification of such filing to all attorneys of record.

                                                *s/Thomas R. Bovee*
                                                THOMAS R. BOVEE
                                                Legal Assistant
                                                Public Officials/PUC Unit
                                                State Services Section
                                                Office of the Attorney General