**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION FILE NO.  10-CV-59-WDM-MEH

GRAY PETERSON,
    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver,

                        Defendant,
and

JOHN SUTHERS, in his official capacity as Attorney General of Colorado,

    Intervenor.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO INTERVENOR'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO RESPOND TO INTERVENOR'S MOTION FOR SUMMARY JUDGMENT**

---

Plaintiff filed a Motion for Summary Judgment against Defendant Alvin LaCabe on June 1, 2010 [Doc. 17].  On October 20, 2010, the Court granted Intervenor John Suthers' Motion to Intervene and gave Intervenor 30 days to respond to Plaintiff's Motion [Doc. 26].  On November 19, 2010, the Court granted

Intervenor's Motion for an extension of time and gave Intervenor an additional 20 days to respond [Doc. 32].  Plaintiff now requests that he be given additional time to respond to the new defenses raised by Intervenor that were not raised by LaCabe.  Accordingly, Plaintiff requests that his reply to Intervenor's response be due on January 12, 2011, and that Plaintiff's response to Intervenor's Motion for Summary Judgment shall be due on January 21, 2011.  Plaintiff has consulted with Intervenor and Defendant and neither opposes this request.

      /s/ John R. Monroe
John R. Monroe
Attorney for Plaintiff
9640 Coleman Road
Roswell, GA  30075
678 362 7650
John.monroe1@earthlink.net

## **CERTIFICATE OF SERVICE**

      I certify that on December 20, 2010, I filed the foregoing using the ECF system, which automatically will send copies electronically to:

                Linda M. Davison
                Attorney for Defendant LaCabe
                Assistant City Attorney
                Denver Dept. of Human Services
                1200 Federal Blvd., 4th Floor
                Denver, CO  80204
                720-944-2626
                Linda.davison@denvergov.org


                Diane Marie Dash
                Attorney for Defendant Weir
                Senior Assistant Attorney General
                Criminal Justice Section
                303-866-5439
                Diane.dash@state.co.us


                Matthew D. Grove
                Assistant Attorney General
                303-866-5264
                Matthew.gove@state.co.us



                    /s/ John R. Monroe
                John R. Monroe