IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10cv-00059-WDM-MEH

GRAY PETERSON,

    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver,

    Defendant,

and concerning

JOHN W. SUTHERS, in his official capacity as Attorney General for the State of Colorado,

    Defendant-Intervenor.

**ATTORNEY GENERAL'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF
IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant-Intervenor John W. Suthers, in his official capacity as Attorney General for the State of Colorado, through undersigned counsel, hereby moves for an extension of time to file his reply brief in support of his cross-motion for summary judgment. As reasons therefor, Attorney General Suthers states as follows:

### *Duty to Confer*

Undersigned counsel has conferred with the attorneys for Plaintiff Peterson and Defendant LaCabe concerning this request. Neither party objects to the relief requested herein.

1

*Motion for Extension of Time*

1. Attorney General Suthers has responded to Plaintiff's motion for summary judgment against Defendant LaCabe, and also filed a cross-motion for summary judgment on all claims.

2. Plaintiff filed his reply in support of his motion for summary judgment on or about January 12, 2011, and filed his response to the Attorney General's cross-motion for summary judgment on or about January 21, 2011.

3. The Attorney General's reply brief is currently due on February 4, 2010.

4. In the two-week period following January 21, 2011, undersigned counsel has been busily engaged in a number of matters in federal and state courts in Colorado, including filing a motion to dismiss in *Colorado Criminal Defense Bar v. Hickenlooper,* 10-cv-02930-JKL-BNB; conducting two fact depositions in *Independence Institute v. Gessler,* 10-cv-00609-PAB-MEH; filing an answer brief in the Colorado Court of Appeals in *Rappl v. Jefferson County Court,* 10CA1780; and filing a motion for summary judgment in Denver District Court in *Bruce v. State of Colorado,* 10CV2425.

5. Given these other obligations, undersigned counsel will be unable to adequately research and draft a reply to the legal and factual assertions made by Plaintiff in his reply brief (which include those made in his response brief and incorporated by reference into the reply) by the current deadline. Attorney General Suthers therefore respectfully requests an extension of time to **February 18, 2011**, to file a reply in support of his cross-motion for summary judgment. No parties will be

prejudiced by this extension of time.

Respectfully submitted this 31st day of January, 2011.

JOHN W. SUTHERS
Attorney General

*s/ Matthew D. Grove*
MATTHEW D. GROVE*
Assistant Attorney General
Public Officials Unit
State Services Section
Attorneys for Attorney General Suthers
1525 Sherman Street
Denver, Colorado  80203
Telephone:  (303) 866-5264
FAX:  (303) 866-5671
E-Mail:  matthew.grove@state.co.us
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I filed a true and complete copy of the within **MOTION FOR EXTENSION OF TIME** with the Clerk of Court using ECF file-and-serve, which will automatically send email notification of such filing to all attorneys of record.

*s/ Thomas R. Bovee*
THOMAS R. BOVEE
Legal Assistant
Public Officials Unit
State Services Section