UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-cv-00059-WDM-MEH

GRAY PETERSON,

    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager
of Safety for the City and County of Denver,

    Defendant,

JOHN W. SUTHERS, Attorney General
for the State of Colorado,

    Intervenor.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order On Motion To Dismiss And Cross Motions For Summary Judgment (Doc. No. 26), signed by Senior District Judge Walker D. Miller on October 20, 2010, incorporated herein by reference, it is

ORDERED that the Motion To Dismiss Executive Director Peter Weir and Colorado Attorney General's Request to be Heard (Doc. No. 6) is GRANTED.  It is

FURTHER ORDERED that all claims against Defendant Peter Weir shall be DISMISSED.  It is

FURTHER ORDERED that John W. Suthers, Attorney General for the State of Colorado, is a party to this action as an Intervenor.

Pursuant to and in accordance with the Order On Cross Motions For Summary Judgment (Doc. No. 45) signed by Senior District Judge Walker D. Miller on March 8, 2011, incorporated herein by reference, it is

ORDERED that Plaintiff's Motion For Summary Judgment against Defendant LaCabe (Doc. No. 17) is DENIED. It is

FURTHER ORDERED Intervenor Attorney General's Cross-Motion For Summary Judgment (Doc. No. 34) is GRANTED. It is

FURTHER ORDERED that judgment shall be entered in favor of the Defendant, Alvin LaCabe, and Intervenor, John W. Suthers, Attorney General, and against the Plaintiff, Gray Peterson. It is

FURTHER ORDERED that all claims against the parties are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the Defendant and Intervenor may have their costs.

DATED at Denver, Colorado this 15th day of March, 2011.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/ Edward P. Butler
Edward P. Butler, Deputy Clerk