

**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

**STATE SERVICES BUILDING**
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

March 18, 2011

Gregory C. Langham, Clerk of Court
Alfred A. Arraj U.S. Courthouse, Rm. A-105
901 19th Street
Denver, CO 80294-3589

RE:   Bill of costs in *Peterson v. LaCabe*, 10-cv-00059-WDM-MEH

Dear Mr. Langham:

Attached, please find the bill of costs submitted on behalf of Intervenor John W. Suthers, in his official capacity as Attorney General of the State of Colorado, in the above-captioned matter. On March 8, 2011, Senior Judge Walker Miller granted the Intervenor's motion for summary judgment on all claims. Judge Miller ordered that "Defendant LaCabe and Intervenor Attorney General may have their costs." [Doc. 45, p18].

Pursuant to D.C.Colo. LCivR. 54.1, I have made a reasonable effort to reach an agreement with counsel for Plaintiff regarding the attached costs. Plaintiff's counsel, John Monroe, denies that any of the costs sought by the Intervenor are recoverable. Should Plaintiff's position change prior to the hearing, the parties will file a stipulation with the Court and request that the hearing be vacated.

Counsel for Plaintiff and Intervenor have conferred regarding their availability for a hearing date, and respectfully request that a hearing be set for April 7, 2011, at 9:30 a.m. MDT. Undersigned counsel will appear in person. Mr. Monroe will appear by phone. He may be reached at (678) 362-7650. After conferral, it is my understanding that Defendant LaCabe, represented by Linda Davison of the Denver City Attorney's office, does not have recoverable costs and will thus not be attending the hearing unless required to do so.

Sincerely,

s/ *Matthew D. Grove*
Assistant Attorney General
Colorado Department of Law
Public Officials Unit
State Services Section
(303) 866-5264
Email: matthew.grove@state.co.us

cc:   John Monroe
      Linda Davison