**State of Colorado**
**Dept. of Personnel & Administration**

DOL

**Colorado State Archives**
*Request for Public Record Information*

1313 Sherman St., 1B20
Denver, CO 80203-2274
Phone: (303) 866-2358

| Agency/business: AG | Type of Request | Date 11/1/10 | Search No. 11-1212 |
|---|---|---|---|
| Name: Tom Bovee | ☒ Phone ☐ Fax ☐ Walk-in ☐ E-mail ☐ Letter | By P | Work Order No. 11- |
| Address | ☐ Cash ☐ Visa ☐ Checks ☐ MC ☐ M.O. ☒ Bill ☐ Charge Completed | Total $850.00 Deposit | Receipt # |
| City | | | Withdrawal Receipt |
| State & Zip | Billing or Client # AG-AD-GRVAB | Balance Due $850.00 | |
| Phone # x____ Fax # 5315 | Signature (to acknowledge receipt of services) & date: | | |
| E-mail: | X Tom Bovee | | |

**INFORMATION REQUESTED** (plus)            **LOCATION OF RECORD**

SB 03-24 - do 1st
- SB 07-34 - needs work up
      Copy all
    Certified

11/2 [crossed out]    on
         own
In     29
   Out

**Additional Notes:**

| Action needed & Date Completed | Statistical Information | Processing Time |
|---|---|---|
| ☐ Temporary wd | Record Used ____ | Analyzing Needs ____ |
| ☐ Permanent wd | User of Record ____ | Using Guides/Indices ____ |
| ☐ Security copy | | Retrieving Data ____ |
| ☐ Call when ready ____ | *Quantitative Usage* | Using Records ____ |
| ☐ Will be in ____ | Pages of Pubs. ____ | Drafting Reply ____ |
| ☐ Will pick-up ____ | Pages of Orig. ____ | |
| ☐ Call with charges ____ | Frames of M/F ____ | minutes ____ hours ____ days ____ |
| | Photos ____ | |
| | Legis Tapes ____ | Completion Date ____ |
| | Other ____ | By ____ |

*Colorado State Archives*
*Fee Schedule*
*Effective July 1, 2010*

|   |   | Quantity | Amount |
|---|---|---|---|
| **I.** | **RECORD COPIES/HANDLING FEES** | | |
| | A. Photo copies/microprints *(per page)* ............ $ 1.25 | | $ |
| | B. Fax or Email Fee *(per page)* ............ $ 2.00 | | $ |
| | C. Scanned Copies *(per page)* ............ $ 5.00 | | $ |
| | D. Maps/Drawings *(handling)* ............ $ 15.00 | | $ |
| | E. Photographs *(handling)* ............ $ 20.00 | | $ |
| | F. Fragile/Oversize *(handling)* ............ $ 25.00 | | $ |
| **II.** | **CERTIFICATIONS AND AFFIDAVITS** | | |
| | A. Cert. 1 – 9 Pages ............ $ 10.00 | | $ |
| | B. Cert. 10 – 39 Pages ............ $ 15.00 | | $ |
| | C. Cert. 40 – 69 Pages ............ $ 20.00 | | $ |
| | D. Cert. 70 – 99 Pages ............ $ 25.00 | | $ |
| | E. Cert. 100 plus Pages ............ $ 30.00 | | $ |
| | F. Cert. Oversize ............ $ 15.00 | | $ |
| | G. Cert. of Legislative Recordings ............ $ 25.00 | 2 | $ 50.00 |
| | H. Affidavit *(Certificate of Fact or Legislative Tape/Documents)* ............ $ 25.00 | | $ |
| | I. Exemplification/Apostille ............ $ 20.00 | | $ |
| **III.** | **SEARCH FEES (Whether found or not)** | | |
| | A. Retrieval/Walk-In Customers *(Originals)* ............ $ 3.00 | | $ |
| | B. Retrieval/Walk-In Customers *(Microfilm)* ............ $ 2.00 | | $ |
| | C. In-State Requests ...... *(mail, fax, e-mail or phone)* ............ $ 15.00 | | $ |
| |    1. 2nd or more Requests *(ea.)* ............ $ 14.00 | | $ |
| | D. Out of State Request *(mail, fax, e-mail or phone)* ............ $ 25.00 | | $ |
| |    1. 2nd or more Requests *(ea.)* ............ $ 14.00 | | $ |
| | E. Corporation Search ............ $ 30.00 | | $ |
| | F. Verification of Teaching ............ $ 15.00 | | $ |
| | G. Verification of Age ............ $ 15.00 | | $ |
| | H. Radon Search ............ $ 25.00 | | $ |
| |    1. 2nd or more Request *(ea.)* ............ $ 14.00 | | $ |
| | I. Security Film Search *(per roll)* ............ $ 20.00 | | $ |
| | J. Warrant Searches *(Whether found or not)* ............ $ 12.00 | | $ |
| | K. Professional Assistance *(per 1 hr)* ............ $ 30.00 | | $ |
| **IV.** | **USE OF LEGISLATIVE TAPES** | | |
| | A. Set Up of Tapes ............ $ 16.00 | | $ |
| | B. Room Reservation/Use *(per 1 hr)* ............ $ 10.00 | | $ |
| | C. No Show for Tape Room ............ $ 50.00 | | $ |
| | D. New Blank Cassette Tape *(ea.)* ............ $ 2.50 | | $ |
| | E. Duplication of Legislative Recording/1st hour *(we do taping)* ............ $ 75.00 | 2 | $ 150.00 |
| |    1. 2nd hr or Each additional hour *(ea.)* ............ $ 65.00 | 10 | $ 650.00 |
| | F. Rush Fee for Recording *(additional charge per hour)* ............ $ 50.00 | | $ |
| | G. Professional Assistance *(per 1 hr)* ............ $ 30.00 | | $ |
| **V.** | **MISCELLANEOUS CHARGES/FEES** | | |
| | A. Withdrawal/Reinspection of Microfilm *(ea)* ............ $ 10.00 | | $ |
| | B. Rush Fee ............ *Minimum $50.00* | | $ |
| | C. Scan photo to CD/Print ............ $ 15.00 | | $ |
| | D. Outside Reprographic Services *(drawings, maps, etc.)* ............ | | $ |
| | E. Outside Photographic Services ............ | | $ |
| | F. Other Services Not Listed: _____ | | $ |
| | **NON-BILLABLE CHARGES:** | | $ |
| | **TOTAL** | | $ 850.00 |



SA-29 Revised 4/10 sh

**State of Colorado**
**Dept. of Personnel & Administration**

**Colorado State Archives**
*Request for Public Record Information*

1313 Sherman St., 1B20
Denver, CO 80203-2274
Phone: (303) 866-2358

| Field | Value |
|---|---|
| Agency/business | AG's |
| Name | Tom Bouee |
| Address | 5th Floor, 1525 Sherman St. |
| City | Denver, CO |
| State & Zip | 80203 |
| Phone # | |
| Fax # | X 5315 |
| E-mail | |
| Type of Request | ☒ Phone  ☒ Walk-In  ☐ Letter  ☐ Fax  ☐ E-mail |
| Date | 11-2-10 |
| By | JC |
| Search No. | 11-1230 |
| Work Order No. | 11- |
| Payment | ☐ Cash  ☐ Checks  ☐ M.O.  ☐ Visa  ☐ MC  ☒ Bill |
| Total | 57.25 |
| Deposit | |
| Balance Due | |
| Receipt # | |
| Withdrawal Receipt | |
| Charge Completed | ☐ |
| Billing or Client # | AG-AD-GRVAB |
| Signature | X Tom Bouee X 5315 |

**INFORMATION REQUESTED** / **LOCATION OF RECORD**

SB 07-34
Senate Jud 1-29 R.352   1:34 to 2:35
"    2nd  2/20 *

House Jud 3-20 R.112   10:47 to 11:57
"    2nd  3/26

IN   1:15
OUT  4:10   3 hrs.

**Additional Notes:**

**Action needed & Date Completed**
☐ Temporary wd
☐ Permanent wd
☐ Security copy
☐ Call when ready
☐ Will be in
☐ Will pick-up
☐ Call with charges

**Statistical Information**
Record Used
User of Record

*Quantitative Usage*
Pages of Pubs.
Pages of Orig.
Frames of M/F
Photos
Legis Tapes
Other

**Processing Time**
Analyzing Needs
Using Guides/Indices
Retrieving Data
Using Records
Drafting Reply

minutes ___ hours ___ days ___

Completion Date
By

**Colorado State Archives**
*Fee Schedule*
*Effective July 1, 2010*

|  |  | | Quantity | Amount |
|---|---|---|---|---|
| I. | **RECORD COPIES/HANDLING FEES** | | | |
|  | A. Photo copies/microprints *(per page)* | $ 1.25 | 9 | $ 11.25 |
|  | B. Fax or Email Fee *(per page)* | $ 2.00 | | $ |
|  | C. Scanned Copies *(per page)* | $ 5.00 | | $ |
|  | D. Maps/Drawings *(handling)* | $ 15.00 | | $ |
|  | E. Photographs *(handling)* | $ 20.00 | | $ |
|  | F. Fragile/Oversize *(handling)* | $ 25.00 | | $ |
| II. | **CERTIFICATIONS AND AFFIDAVITS** | | | |
|  | A. Cert. 1 – 9 Pages | $ 10.00 | | $ |
|  | B. Cert. 10 – 39 Pages | $ 15.00 | | $ |
|  | C. Cert. 40 – 69 Pages | $ 20.00 | | $ |
|  | D. Cert. 70 – 99 Pages | $ 25.00 | | $ |
|  | E. Cert. 100 plus Pages | $ 30.00 | | $ |
|  | F. Cert. Oversize | $ 15.00 | | $ |
|  | G. Cert. of Legislative Recordings | $ 25.00 | | $ |
|  | H. Affidavit *(Certificate of Fact or Legislative Tape/Documents)* | $ 25.00 | | $ |
|  | I. Exemplification/Apostille | $ 20.00 | | $ |
| III. | **SEARCH FEES (Whether found or not)** | | | |
|  | A. Retrieval/Walk-In Customers *(Originals)* | $ 3.00 | | $ |
|  | B. Retrieval/Walk-In Customers *(Microfilm)* | $ 2.00 | | $ |
|  | C. In-State Requests *(mail, fax, e-mail or phone)* | $ 15.00 | | $ |
|  | 1. 2nd or more Requests *(ea.)* | $ 14.00 | | $ |
|  | D. Out of State Request *(mail fax, e-mail or phone)* | $ 25.00 | | $ |
|  | 1. 2nd or more Requests *(ea.)* | $ 14.00 | | $ |
|  | E. Corporation Search | $ 30.00 | | $ |
|  | F. Verification of Teaching | $ 15.00 | | $ |
|  | G. Verification of Age | $ 15.00 | | $ |
|  | H. Radon Search | $ 25.00 | | $ |
|  | 1. 2nd or more Request *(ea.)* | $ 14.00 | | $ |
|  | I. Security Film Search *(per roll)* | $ 20.00 | | $ |
|  | J. Warrant Searches *(Whether found or not)* | $ 12.00 | | $ |
|  | K. Professional Assistance *(per 1 hr)* | $ 30.00 | | $ |
| IV. | **USE OF LEGISLATIVE TAPES** | | | |
|  | A. Set Up of Tapes | $ 16.00 | 1 | $ 16.00 |
|  | B. Room Reservation/Use *(per 1 hr)* | $ 10.00 | 3 hr | $ 30.00 |
|  | C. No Show for Tape Room | $ 50.00 | | $ |
|  | D. New Blank Cassette Tape *(ea.)* | $ 2.50 | | $ |
|  | E. Duplication of Legislative Recording/1st hour *(we do taping)* | $ 75.00 | | $ |
|  | 1. 2$^{nd\,hr}$ or Each additional hour *(ea.)* | $ 65.00 | | $ |
|  | F. Rush Fee for Recording *(additional charge per hour)* | $ 50.00 | | $ |
|  | G. Professional Assistance *(per 1 hr)* | $ 30.00 | | $ |
| V. | **MISCELLANEOUS CHARGES/FEES** | | | |
|  | A. Withdrawal/Reinspection of Microfilm *(ea)* | $ 10.00 | | $ |
|  | B. Rush Fee ............................. Minimum $50.00 | | | $ |
|  | C. Scan photo to CD/Print | $ 15.00 | | $ |
|  | D. Outside Reprographic Services *(drawings, maps, etc.)* | | | $ |
|  | E. Outside Photographic Services | | | $ |
|  | F. Other Services Not Listed: _____ | | | $ |
|  | **NON-BILLABLE CHARGES:** | | | $ |
|  | **TOTAL** | | | $ 57.25 |

SA-29 Revised 4/10 sh