

## Calderwood-Mackelprang, Inc.
*Registered Professional Reporters*

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1525 Sherman St., 7th Floor
Denver, CO 80203

| Date | 12/10/2010 |
|---|---|
| Invoice No. | 10 881AS |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Senate Bill 34 (2007) | |
| Transcript preparation from audio CD, 73 pgs.<br>Senate Second Reading - 2/20/07<br>Senate Third Reading - 2/23/07<br>House Judiciary Committee - 3/20/07, parts 1 & 2 | 430.70 |
| Transcript preparation from audio CD, 40 pgs.<br>Senate Judiciary Committee - 1/29/07<br>*Note this audio recording was of poor quality and required extra time to complete, and was therefore charge more per page. | 296.00 |
| Concordance preparation(s) - No Charge | 0.00 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 10.00 |

Alpha No  AG AD GRVAB

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

12-14-10     [signature]
(Date)           (Name)

**NET 30 DAYS**
**THANK YOU!**

**Total**   **$736.70**

as-sb34-cds

We accept credit cards.

4410 Zuni Street • Denver, Colorado 80211 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com