*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133 (Rev. 12/09)  Bill of Costs

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR -6 2011
GREGORY C. LANGHAM
CLERK

## BILL OF COSTS

| United States District Court | DISTRICT Colorado |
| --- | --- |
| Gray Peterson v. Alvin LaCabe, et al. | DOCKET NO. 10-cv-00059-WDM-MEH |
| | MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on **MARCH 8, 2011** Date against **Plaintiff**

the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
| --- | ---: |
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 736.70 ✓ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ 907.25 ✓ |
| fees for retrieval of legislative history from state archives | $ |

Please review and comply with D.C.COLO.LCivR .54.1

(See Notice section on reverse side)

TOTAL$ **1643.95** ✓

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney

Print Name  Matthew D. Grove    Phone Number  303 866-5264

For:  John W. Suthers, in his official capacity    Date  3/18/2011
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:    Date and Time  April 6, 2011 @ 9:30 a.m.

Mr. Monroe to appear by phone:
(678) 362-7650

*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133
(Rev. 12/09)  Bill of Costs

| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ *1643.95* |
|---|---|
| CLERK OF COURT GREGORY C. LANGHAM | (BY) DEPUTY CLERK DATE: *4/6/11* |

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE TOTAL | | SUBSISTENCE TOTAL | | MILEAGE TOTAL | | Total Cost Each Witness |
| | Days | Cost | Days | Cost | Miles | Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL: | |

**NOTICE**

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28 which reads in part as follows:
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)
    "Except when express provisions thereof is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

D.C.COLO.LCivR 54.1 Taxation of Costs
    "Each judgment or the final order shall indicate which party or parties are entitled to costs. A bill of costs must be filed on the form provided by the court within 14 days after entry of the judgment or final order. Costs will be taxed by the clerk or a designated deputy. Prior to appearance before the clerk, counsel for the party seeking costs shall file a written statement that a reasonable effort has been made, in conference with opposing counsel, to resolve disputes regarding costs. If costs are resolved, a stipulation setting forth the amount of costs shall be filed with the court."

*Colorado State Archives Charges other State agencies*

**State of Colorado**
Dept. of Personnel & Administration

**Colorado State Archives**
Request for Public Record Information

1313 Sherman St., 1B20
Denver, CO 80203-2274
Phone: (303) 866-2358

Agency/Business: *AG*

Name: *Tom Bovee*

Address:

City:

State & Zip:

Phone #:

Fax#: *5315*

E-mail:    X

**Type of Request**
- [X] Phone
- [ ] Walk-in
- [ ] Letter
- [ ] Fax
- [ ] E-mail

- [ ] Cash
- [ ] Checks
- [ ] M.O.
- [ ] Visa
- [ ] MC
- [X] Bill

- [ ] Charge Completed

Billing or Client # *AG-AD-GRVAB*

Signature (to acknowledge receipt of services) & date:
X *Tom Bovee*

Date: *11/1/10*
By: *PC*
Total: *850.00*
Deposit:
Balance Due: *850.00*

Search No.: *11-1212*
Work Order No.:
Receipt #:
Withdrawal Receipt:

**INFORMATION REQUESTED**

*SB 03-24 - do 1st*

*- SB 07-34 - needs work-up*
*Copy all*

*Certified*

LOCATION OF RECORD

**Additional Notes:**

**Action needed & Date Completed**
- [ ] Temporary wd
- [ ] Permanent wd
- [ ] Security copy
- [ ] Call when ready
- [ ] Will be in
- [ ] Will pick-up
- [ ] Call with charges

**Statistical Information**
Record Used
User of Record

**Quantitative Usage**
Pages of Pubs.
Pages of Orig.
Frames of M/F
Photos
Legis Tapes
Other

**Processing Time**
Analyzing Needs
Using Guides/Indices
Retrieving Data
Using Records
Drafting Reply

minutes _____ hours _____ days _____

Completion Date _____

By _____

State of Colorado
Dept. of Personnel & Administration

**Colorado State Archives**
*Request for Public Record Information*

1313 Sherman St., 1B20
Denver, CO 80203-2274
Phone: (303) 866-2358

| Agency/Institution | | | Date 11-2-10 | Search No. |
| AG's | Type of Request | | | 11- 1230 |
| Name Tom Bouee | ☒ Phone ☐ Fax | | By JC | Work Order No. |
| | ☒ Walk-in ☐ E-mail | | | 11- |
| Address 5th Floor 1525 Sherman St. | ☐ Letter | | | |
| | ☐ Cash ☒ Visa | | Total 57.25 | Receipt # |
| | ☐ Checks ☒ MC | | | |
| City Denver, Co | ☐ M.O. ☒ Bill | | | Withdrawal Receipt |
| | ☐ Charge Completed | | | |
| State & Zip 80203 | Billing or Client # | | Balance Due | |
| | AG-AD-GRVAB | | | |
| Phone # Fax# X 5315 | Signature (in acknowledging receipt of services) & date: | | | |
| E-mail: | X Tom Bouee X 5315 | | | |

**INFORMATION REQUESTED**                                    **LOCATION OF RECORD**

SB 07 - 34
Senate Jud 1-29 R. 352 1:34 to 2:35
"   2nd 2/20 ✳

House Jud 3-20 R. 112 10:47 to
"   2nd 3/26                11:57

IN ⎱ 1:15
OUT ⎰ 4:10  3 hr.

**Additional Notes:**

| Action needed & Date Completed | Statistical Information | Processing Time |
| ☐ Temporary wd | Record Used _____ | Analyzing Needs _____ |
| ☐ Permanent wd | User of Record _____ | Using Guides/Indices _____ |
| ☐ Security copy | | Retrieving Data _____ |
| ☐ Call when ready _____ | Quantitative Usage | Using Records _____ |
| ☐ Will be in _____ | Pages of Pubs. _____ | Drafting Reply _____ |
| ☐ Will pick-up _____ | Pages of Orig. _____ | |
| ☐ Call with charges _____ | Frames of M/F _____ | minutes _____ hours _____ days _____ |
| | Photos _____ | |
| | Legis Tapes _____ | Completion Date _____ |
| | Other _____ | By _____ |

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** <u>35</u>                21 pages               75 kb

| Attachment | Description | | |
|---|---|---|---|
| <u>1</u> | Exhibit A (affidavit) | 8 pages | 0.8 mb |
| <u>2</u> | Exhibit B (affidavit) | 7 pages | 1.0 mb |
| <u>3</u> | Exhibit C (transcript) | 12 pages | 0.5 mb |
| <u>4</u> | Exhibit D (transcript) | 20 pages | 0.9 mb |
| <u>5</u> | Exhibit E (order) | 17 pages | 160 kb |

*Senate Bill 34 transcript*
*Senate Bill 34 transcript, part II*

[ View All ] or [ Download All ]        85 pages               3.4 mb