# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION FILE NO.  10-CV-59-WDM-MEH

GRAY PETERSON,
    Plaintiff,

v.

ALVIN LACABE, in his official capacity as Manager of Safety for the City and County of Denver,
    Defendant,

PETER WEIR, in his official capacity as Executive Director of the Colorado Department of Public Safety,
    Defendant,

and

JOHN W. SUTHERS, Attorney General for the State of Colorado,

    Intervenor.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff in this action hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order granting Defendant Peter Weir's Motions to Dismiss entered on October 20, 2010, from the Order granting Intervenor John Suthers' Motion for Summary Judgment entered on March 8, 2011, and from the final judgment entered on March 15, 2011.

      /s/ John R. Monroe
John R. Monroe
Attorney for Plaintiff
9640 Coleman Road
Roswell, GA  30075
678 362 7650
John.monroe1@earthlink.net

## **CERTIFICATE OF SERVICE**

I certify that on April 8, 2011, I filed the foregoing using the ECF system, which automatically will send copies electronically to:

        Linda M. Davison
        Attorney for Defendant LaCabe
        Assistant City Attorney
        Denver Dept. of Human Services
        1200 Federal Blvd., 4th Floor
        Denver, CO  80204
        720-944-2626
        Linda.davison@denvergov.org


        Matthew D. Grove
        Attorney for Intervenor Suthers
            And Defendant Weir
        Assistant Attorney General
        State Services Section
        303-866-5264
        matthew.grove@state.co.us



        _/s/ John R. Monroe_
        John R. Monroe