APPEAL, NDISPO, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:10-cv-00059-WDM-MEH

| | |
|---|---|
| Peterson v. LaCabe et al | Date Filed: 01/12/2010 |
| Assigned to: Judge Walker D. Miller | Date Terminated: 03/15/2011 |
| Referred to: Magistrate Judge Michael E. Hegarty | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Gray Peterson** | represented by | **John R. Monroe** <br> John Robert Monroe, Attorney at Law <br> 9640 Coleman Rd <br> Roswell, GA 30075-4353 <br> 678-362-7650 <br> Fax: 770-552-9318 <br> Email: john.monroe1@earthlink.net <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Alvin (I) LaCabe**
*individually*
*TERMINATED: 02/08/2010*

**Defendant**

| | | |
|---|---|---|
| **Alvin LaCabe** <br> *in his official capacity as Manager of Safety for the City and County of Denver* | represented by | **Linda Marie Davison** <br> Denver City Attorney's Office-Federal Boulevard <br> 1200 Federal Boulevard <br> Denver, CO 80204 <br> 720-944-2626 <br> Fax: 720-944-3014 <br> Email: linda.davison@denvergov.org <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Lawrence Valencia**
*TERMINATED: 02/08/2010*

**Defendant**

| | | |
|---|---|---|
| **Peter Weir** <br> *in his official capacity as Executive* | represented by | **Diane Marie Dash** <br> Colorado Attorney General's Office- |

| | |
|---|---|
| *Director of the Colorado Department of Public Safety*<br>*TERMINATED: 10/20/2010* | Criminal Justice<br>1525 Sherman Street<br>5th Floor<br>Denver, CO 80203<br>303-866-5439<br>Fax: 866-858-7486<br>Email: diane.dash@state.co.us<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **John W. Suthers**<br>*Attorney General for the State of Colorado* | represented by | **Matthew David Grove**<br>Colorado Attorney General's Office<br>1525 Sherman Street<br>Denver, CO 80203<br>303-866-5264<br>Fax: 303-866-5671<br>Email: matthew.grove@state.co.us<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2010 | 1 | COMPLAINT against Alvin (I) LaCabe, Alvin LaCabe, Lawrence Valencia, Peter Weir ( Filing fee $ 350, Receipt Number 24955) Summons Issued, filed by Gray Peterson. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt) (jak, ) (Entered: 01/13/2010) |
| 01/14/2010 | 2 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 1/14/10. (wdmsec, ) (Entered: 01/14/2010) |
| 01/19/2010 | 3 | MINUTE ORDER Scheduling Conference set for 3/30/2010 09:30 AM in Courtroom C203 before Magistrate Judge Michael E. Hegarty. By Magistrate Judge Michael E. Hegarty on 1/19/10. (mehcd) (Entered: 01/19/2010) |
| 02/08/2010 | 4 | AMENDED COMPLAINT against all defendants, filed by Gray Peterson. (Monroe, John) (Entered: 02/08/2010) |
| 03/01/2010 | 5 | ANSWER to 4 Amended Complaint by Alvin LaCabe.(Davison, Linda) (Entered: 03/01/2010) |
| 03/01/2010 | 6 | MOTION to Dismiss Party by Defendant Peter Weir. (Dash, Diane) (Entered: 03/01/2010) |
| 03/10/2010 | 7 | Proposed Scheduling Order by Plaintiff Gray Peterson. (Monroe, John) (Entered: 03/10/2010) |
| 03/12/2010 | 8 | RESPONSE to 6 MOTION to Dismiss Party filed by Plaintiff Gray Peterson. (Monroe, John) (Entered: 03/12/2010) |
| 03/26/2010 | 9 | MOTION to Dismiss Party by Defendant Peter Weir. (Dash, Diane) (Entered: 03/26/2010) |

| 03/29/2010 | 10 | Docket Annotation re: 9 MOTION to Dismiss Party. Counsel has been asked to re-file this document as a Reply to Response to Motion. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (ebs, ) (Entered: 03/29/2010) |
|---|---|---|
| 03/29/2010 | 11 | REPLY to Response to 6 MOTION to Dismiss Party filed by Defendant Peter Weir. (Dash, Diane) (Entered: 03/29/2010) |
| 03/30/2010 | 12 | Courtroom Minutes/Minute Order for proceedings held before Magistrate Judge Michael E. Hegarty: Scheduling Conference held on 3/30/2010. Defendant LaCabe's Rule 26(a)(1) Disclosures due by 3/31/2010. Final Pretrial Conference set for 11/30/2010 09:15 AM in Courtroom C203 before Magistrate Judge Michael E. Hegarty. (Court Reporter FTR - C. Coomes) (mehcd) (Entered: 03/30/2010) |
| 04/01/2010 | 13 | SCHEDULING ORDER: Discovery due by 8/31/2010. Dispositive Motions due by 9/30/2010. By Magistrate Judge Michael E. Hegarty on 4/1/2010. (mehcd) (Entered: 04/01/2010) |
| 04/26/2010 | 14 | MOTION to Stay *Discovery* by Defendant Peter Weir. (Haines, Friedrick) (Entered: 04/26/2010) |
| 04/26/2010 | 15 | MEMORANDUM regarding 14 MOTION to Stay *Discovery* filed by Peter Weir.Motions referred to Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 4/26/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(wdmsec, ) (Entered: 04/26/2010) |
| 04/27/2010 | 16 | ORDER granting 14 Defendant Weir's Motion to Stay Discovery. Discovery is stayed as to Defendant Weir only, including Rule 26(a) disclosure obligations, pending resolution of Defendant Weir's Motion to Dismiss. By Magistrate Judge Michael E. Hegarty on 4/27/2010. (mehcd) (Entered: 04/27/2010) |
| 06/01/2010 | 17 | MOTION for Summary Judgment *against Defendant LaCabe* by Plaintiff Gray Peterson. (Attachments: # 1 Exhibit 1 -- Declaration of Gray Peterson) (Monroe, John) (Entered: 06/01/2010) |
| 06/21/2010 | 18 | RESPONSE to 17 MOTION for Summary Judgment *against Defendant LaCabe* filed by Defendant Alvin LaCabe. (Davison, Linda) (Entered: 06/21/2010) |
| 06/21/2010 | 19 | Cross MOTION for Summary Judgment by Defendant Alvin LaCabe. (Davison, Linda) (Entered: 06/21/2010) |
| 06/30/2010 | 20 | REPLY to Response to 17 MOTION for Summary Judgment *against Defendant LaCabe* filed by Plaintiff Gray Peterson. (Monroe, John) (Entered: 06/30/2010) |
| 07/14/2010 | 21 | RESPONSE to 19 Cross MOTION for Summary Judgment filed by Plaintiff Gray Peterson. (Attachments: # 1 Exhibit 2 - Second Declaration of Gray Peterson)(Monroe, John) (Entered: 07/14/2010) |
| 07/19/2010 | 22 | REPLY to Response to 19 Cross MOTION for Summary Judgment filed by Defendant Alvin LaCabe. (Davison, Linda) (Entered: 07/19/2010) |
| | | |

| | | |
|---|---|---|
| 10/07/2010 | 23 | MOTION to Vacate *Pretrial Conference* by Plaintiff Gray Peterson. (Monroe, John) (Entered: 10/07/2010) |
| 10/08/2010 | 24 | MEMORANDUM regarding 23 MOTION to Vacate *Pretrial Conference* filed by Gray Peterson. Motion referred to Magistrate Judge Michael E. Hegarty, by Judge Walker D. Miller on 10/8/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (ebs, ) (Entered: 10/08/2010) |
| 10/19/2010 | 25 | MINUTE ORDER granting 23 Plaintiff's Unopposed Motion to Vacate Pretrial Conference. The Final Pretrial Conference set for 11/30/2010 is vacated. By Magistrate Judge Michael E. Hegarty on 10/19/2010. (mehcd) Modified on 10/20/2010 to correct spelling error (ebs, ). (Entered: 10/19/2010) |
| 10/20/2010 | 26 | ORDER granting 6 Motion to Dismiss Executive Director Peter Weir and Colorado Attorney General's Request to be Heard. All claims against Defendant Peter Weir shall be dismissed. John W. Suthers, Attorney General for the State of Colorado, is a party to this action as an intervenor. The Attorney General may file a response to Plaintiff's Motion for Summary Judgment against Defendant LaCabe 17 within 30 days of the date of this order. Denying 19 Defendant LaCabe's Cross Motion for Summary Judgment Against Plaintiff, by Judge Walker D. Miller on 10/20/10.(ebs, ) (Entered: 10/20/2010) |
| 11/17/2010 | 27 | NOTICE of Entry of Appearance by Matthew David Grove on behalf of John W. Suthers (Grove, Matthew) (Entered: 11/17/2010) |
| 11/17/2010 | 28 | First MOTION for Extension of Time to File Response/Reply as to 17 MOTION for Summary Judgment *against Defendant LaCabe* by Intervenor John W. Suthers. (Grove, Matthew) (Entered: 11/17/2010) |
| 11/17/2010 | 29 | Unopposed MOTION for Leave to *File Cross-motion for Summary Judgment* by Intervenor John W. Suthers. (Grove, Matthew) (Entered: 11/17/2010) |
| 11/18/2010 | 30 | MEMORANDUM regarding 28 First MOTION for Extension of Time to File Response/Reply as to 17 MOTION for Summary Judgment *against Defendant LaCabe* filed by John W. Suthers. Motions referred to Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 11/18/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(wdmsec, ) (Entered: 11/18/2010) |
| 11/18/2010 | 31 | MINUTE ORDER granting 29 Intervenor's Motion to File Cross-Motion, by Judge Walker D. Miller on 11/18/10.(ebs, ) (Entered: 11/18/2010) |
| 11/19/2010 | 32 | MINUTE ORDER granting 28 the Attorney General's Motion for Extension of Time to File Response Brief to Plaintiff's Motion for Summary Judgment. The Attorney General shall respond to Plaintiff's Motion for Summary Judgment on or before December 10, 2010. Plaintiff may reply within fourteen days of the Attorney General's response. By Magistrate Judge Michael E. Hegarty on 11/19/2010. (mehcd) (Entered: 11/19/2010) |
| 12/09/2010 | 33 | RESPONSE to 17 MOTION for Summary Judgment *against Defendant* |

|  |  |  |
|---|---|---|
|  |  | *LaCabe* filed by Intervenor John W. Suthers. (Attachments: # 1 Exhibit A (affidavit), # 2 Exhibit B (affidavit), # 3 Exhibit C (transcript), # 4 Exhibit D (transcript), # 5 Exhibit E (order))(Grove, Matthew) (Entered: 12/09/2010) |
| 12/09/2010 | 34 | Cross MOTION for Summary Judgment by Intervenor John W. Suthers. (Grove, Matthew) (Entered: 12/09/2010) |
| 12/09/2010 | 35 | BRIEF in Support of 34 Cross MOTION for Summary Judgment filed by Intervenor John W. Suthers. (Attachments: # 1 Exhibit A (affidavit), # 2 Exhibit B (affidavit), # 3 Exhibit C (transcript), # 4 Exhibit D (transcript), # 5 Exhibit E (order))(Grove, Matthew) (Entered: 12/09/2010) |
| 12/20/2010 | 36 | Unopposed MOTION for Extension of Time to File Response/Reply as to 17 MOTION for Summary Judgment *against Defendant LaCabe*, 34 Cross MOTION for Summary Judgment by Plaintiff Gray Peterson. (Monroe, John) (Entered: 12/20/2010) |
| 12/21/2010 | 37 | MEMORANDUM regarding 36 Unopposed MOTION for Extension of Time to File Response/Reply as to 17 MOTION for Summary Judgment *against Defendant LaCabe*, 34 Cross MOTION for Summary Judgment filed by Gray Peterson. Motions referred to Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 12/21/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(wdmsec, ) (Entered: 12/21/2010) |
| 12/21/2010 | 38 | MINUTE ORDER granting 36 Motion for Extension of Time to File Response/Reply. Plaintiff's reply due on or before January 12, 2011. Plaintiff's response due on or before January 21, 2011. By Magistrate Judge Michael E. Hegarty on 12/21/2010.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (mehlc2, ) (Entered: 12/21/2010) |
| 01/12/2011 | 39 | REPLY to Response to 17 MOTION for Summary Judgment *against Defendant LaCabe* filed by Plaintiff Gray Peterson. (Attachments: # 1 Appendix Amicus Curiae Brief of Intervenor to Supreme Court in McDonald Case)(Monroe, John) (Entered: 01/12/2011) |
| 01/21/2011 | 40 | BRIEF in Opposition to 34 Cross MOTION for Summary Judgment filed by Plaintiff Gray Peterson. (Monroe, John) (Entered: 01/21/2011) |
| 01/31/2011 | 41 | MOTION for Extension of Time to File Response/Reply as to 34 Cross MOTION for Summary Judgment by Intervenor John W. Suthers. (Grove, Matthew) (Entered: 01/31/2011) |
| 02/01/2011 | 42 | MEMORANDUM regarding 41 MOTION for Extension of Time to File Response/Reply as to 34 Cross MOTION for Summary Judgment filed by John W. Suthers. Motions referred to Magistrate Judge Michael E. Hegarty, by Judge Walker D. Miller on 2/1/11. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(klmcd ) (Entered: 02/01/2011) |
| 02/01/2011 | 43 | MINUTE ORDER granting 41 Motion for Extension of Time to File Response/Reply. Intervenor Attorney General Suthers shall file a reply in support of his cross-motion for summary judgment on or before February 18, 2011. By Magistrate Judge Michael E. Hegarty on 02/01/2011.TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (mehlc2, ) (Entered: 02/01/2011) |

| | | |
|---|---|---|
| 02/18/2011 | 44 | REPLY to Response to 34 Cross MOTION for Summary Judgment filed by Intervenor John W. Suthers. (Grove, Matthew) (Entered: 02/18/2011) |
| 03/08/2011 | 45 | ORDER. Plaintiff's 17 Motion for Summary Judgment against Defendant LaCabe is denied. Intervenor Attorney General's 34 Cross-Motion for Summary Judgment is granted. The claims against all parties are dismissed with prejudice. Judgment shall be entered in favor of Defendants and Intervenor and against Plaintiff on all of his claims. Defendants LaCabe and Intervenor Attorney General may have their costs, by Judge Walker D. Miller on 3/8/11.(mnf, ) Modified on 3/9/2011 to add punctuation(mnf, ). (Entered: 03/08/2011) |
| 03/15/2011 | 46 | Final JUDGMENT by Clerk, Judgment is entered in favor of Defendant Alvin LaCabe and Intervenor John W. Suthers, and against Gray Peterson, as set forth in the document, re: 45 Order, by Clerk on 3/15/11. (gmssl, ) (Entered: 03/15/2011) |
| 03/18/2011 | 47 | Proposed Bill of Costs by Intervenor John W. Suthers. (Attachments: # 1 cover letter, # 2 State Archives bills, # 3 transcription invoice)(Grove, Matthew) (Entered: 03/18/2011) |
| 04/06/2011 | 48 | Costs Taxed in amount of $ 1643.95 against Plaintiff (mnf, ) (Entered: 04/06/2011) |
| 04/08/2011 | 49 | NOTICE OF APPEAL as to 45 Order on Motion for Summary Judgment,,,,, 26 Order on Motion to Dismiss Party,,, Order on Motion for Summary Judgment,, 46 Clerk's Judgment by Plaintiff Gray Peterson (Monroe, John) (Entered: 04/08/2011) |