```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX036852
Cashier ID: sg
Transaction Date: 04/11/2011
Payer Name: JOHN MONROE
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOHN MONROE
 Amount:        $455.00
------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1632
 Amt Tendered:  $455.00
------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

10-CV-0059
```

A fee of $45.00 will be assessed on any returned check.

11-1149