UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

April 12, 2011

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Peterson v. LaCabe, et al**

Court of Appeals Case No. 11-1149
District Court Case No. 10-cv-00059-WDM-MEH

Dear Clerk of Court:

Please be advised that the record in the above referenced matter is now complete.

A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ B. Reed
Deputy Clerk


cc: SEE NOTICE OF ELECTRONIC FILING