**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 16, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 11-1149, Peterson v. Garcia, et al
Dist/Ag docket: 1:10-CV-00059-WDM-MEH

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Matt Bower
      Jonathan Lee Diesenhaus
      Robert Dowlut
      Matthew D. Grove
      Alan Gura
      Andrea J. Kershner
      John Monroe
      S. Chartey Quarcoo
      Mikolaj T. Tempski

        Daniel R. Vice
        Robert Wolf

EAS/kf

2